# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MANNCORP, INC., ET AL.          :
                                             :
    v.                               :          CIVIL ACTION NO. 15-2486
                                             :
LED ONE DISTRIBUTION, INC., ET AL.   :

## ORDER

This 11th day of May, 2015, following a hearing held by telephone on May 8, 2015, it is hereby **ORDERED**, pursuant to Rule 65 of the Federal Rules of Civil Procedure, as follows:

1. The website operated by defendant LED One Distribution, Inc., under the web address www.eledsupply.com, shall remain offline pending further order of this court. Defendants LED One Distribution, Inc., Jinlei Tang, and Trevor McCoy shall not bring online any other website that would be substantially similar to www.eledsupply.com.

2. If any of the defendants has any business information properly belonging to plaintiffs Manncorp, Inc., Mann Manufacturing Services, Inc, and/or SMT International, Inc., or information that might be considered a trade secret, including, without limitation, customer lists, software, algorithms, data, or any other form of intellectual property, defendants shall neither use nor distribute such information pending further order of this court.

3. Defendants shall preserve and shall not alter in any way documents, including electronic transmissions such as emails and downloads that might reveal the transfer of business information, data, or trade secrets properly belonging to Plaintiffs Manncorp, Inc., et al., either to themselves, or to any third party.

4. Plaintiffs Manncorp, Inc, et al. shall post a bond in the amount of $10,000 as security for the issuance of this Temporary Restraining Order.

          /s/ Gerald Austin McHugh
United States District Court Judge