UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANNCORP, INC., ET AL., | CIVIL ACTION NO. |
| Plaintiffs, | 2:15-CV-02486-GAM |
| v. | |
| LED ONE DISTRIBUTION, INC., ET AL., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Gregory L. Kallet, Esquire, attorney for plaintiffs Manncorp, Inc., Mann Manufacturing Services, Inc., and SMT International, Inc., hereby certify that on this 11th day of May, 2015, a true and correct copy of the Temporary Restraining Order issued by Judge Gerald A. McHugh in the above matter, dated May 11, 2015, was served on the following via UPS Overnight Mail, U.S. First Class Mail and email:

LED One Distribution, Inc.
4031 Clipper Court
Fremont, California 95438

Jinlei "Penny" Tang
4885 Clairemont Mesa Blvd. #501
San Diego, California 92117
jinleitang@gmail.com

James T. McCoy
4885 Clairemont Mesa Blvd. #501
San Diego, California 92117
jtmccoy71@yahoo.com

/s/ Gregory L. Kallet
Gregory L. Kallet