IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANNCORP, INC., et al | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 15-cv-02486-GAM |
| LED ONE DISTRIBUTION, INC., et al | : | |
| Defendants. | : | |

## NOTICE

A settlement conference will be held on **June 9, 2015** at **2:30 p.m.**, before the Honorable Richard A. Lloret, United States Magistrate Judge, in **Courtroom 6, Robert N.C. Nix Federal Building**, **900 Market Street,** Philadelphia, PA 19107.

- **Please notify the court if settlement is not a real possibility**.

- **The conference will not be held unless counsel has clients with <u>full and complete</u> settlement authority physically present for the duration of the conference.  Full and complete authority means the party's representative must possess authority consistent with the most recent demand.** [1]

- **If the defendant does not intend to make a settlement offer, or intends to offer nuisance value only, <u>defendant should arrange a telephone conference with chambers and parties.</u>**

Please complete the attached summary and e-mail to sheila_mccurry@paed.uscourts.gov on or before **June 5, 2015**.

>    */s/ Sheila McCurry*
>    SHEILA MCCURRY
>    Courtroom Deputy to the
>    Honorable Richard A. Lloret
>    U.S. Magistrate Judge
>    267-299-7410

Date:  May 29, 2015
cc:     All Counsel

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference.  In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend.  Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

SETTLEMENT CONFERENCE SUMMARY

CAPTION: <u>MANNCORP, INC. et al v. LED ONE DISTRIBUTION, INC. et al</u>
<u>15-cv-02486-GAM</u>

DISTRICT COURT JUDGE: <u>  Gerald A. McHugh                    </u>    JURY  /  NONJURY
(Circle One)

TRIAL/POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

Name: _____

Address: _____

Phone: _____

Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

<u>Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable)</u>:

_____

MOTIONS PENDING:

_____
_____
_____

OTHER RELEVANT MATTERS:

_____
_____
_____

PRIOR OFFERS / DEMANDS:

_____
_____

**ATTACH SYNOPSIS OF CASE  <u>(LIMITED TO ONE PAGE)</u>**