UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANNCORP, INC., ET AL., | CIVIL ACTION NO. |
| Plaintiffs, | 2:15-CV-02486-GAM |
| v. | |
| LED ONE DISTRIBUTION, INC., ET AL., | |
| Defendants. | |

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT
<u>JINLEI "PENNY" TANG</u>**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Please enter the default of Defendant Jinlei "Penny" Tang pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action, as fully appears from the court file herein and from the attached Certification of Gregory L. Kallet, Esquire.

    Respectfully submitted,

    **FISHER ZUCKER LLC**

    By: <u>/s/ Gregory L. Kallet</u>
    Lane J. Fisher
    F. Joseph Dunn
    Gregory L. Kallet
    21 South 21st Street
    Philadelphia, PA 19103
    (215) 825-3100
    lfisher@fisherzucker.com
    jdunn@fisherzucker.com
    gkallet@fisherzucker.com
    *Attorneys for Plaintiffs*

Dated: June 1, 2015