IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANNCORP, INC., ET AL.,<br><br>    Plaintiffs,<br>v.<br><br>LED ONE DISTRIBUTION, INC., ET AL.,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 15-2486 |

## ORDER

On this 21st day of September 2015, upon consideration of Plaintiffs' Motion for Default Judgment and Supplemental Brief in Support of their Motion, it is **HEREBY ORDERED** that a Rule to Show cause is entered on Defendant Jinlei "Penny" Tang to respond within **45 days** as to why the Court should not enter a judgment for a permanent injunction and damages against her. Defendant Tang's failure to file a timely response will result in a Default Judgment against her, granting Plaintiffs' Motion for a permanent injunction and the requested damages in the amount of $31,202.75 plus attorney's fees and costs.

                                                          /s/ Gerald Austin McHugh
                                                          United States District Court Judge