UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANNCORP, INC., ET AL., | CIVIL ACTION NO. |
| Plaintiffs, | 2:15-CV-02486-GAM |
| v. | |
| LED ONE DISTRIBUTION, INC., ET AL., | |
| Defendants. | |

## ORDER

Plaintiffs Manncorp, Inc., Mann Manufacturing Services, Inc., and SMT International, Inc. (collectively "Plaintiffs" or "Manncorp"), having moved for an order pursuant to Fed. R. Civ. P. 55(b)(2) directing entry of judgment, permanent injunction, and attorney's fees and costs in their favor and against defendant Jinlei "Penny" Tang ("Tang"), it is this 7th day of December, 2015, **ORDERED** that Plaintiffs' motion is **GRANTED**, and judgment is entered against defendant Tang.

A **PERMANENT INJUNCTION** is hereby issued against defendant Tang as follows:

1. Defendant Tang shall immediately return to Manncorp all information contained in Manncorp's proprietary Goldmine and Magento databases (including Manncorp's confidential customer and supplier lists); all proprietary Manncorp manuals; all information relating to Manncorp's proprietary pricing information, shipping formulas, product specifications, search engine optimization strategies and social media strategies; all proprietary source code and website architecture; and all product photographs and promotional and marketing materials belonging to Manncorp (collectively "Confidential Information") in her possession, custody, or control;

2. Defendant Tang, and any entity or individual acting in concert with her, are permanently enjoined and restrained from, directly or indirectly, for themselves or through, on behalf of, or in conjunction with any other person, partnership, or corporation, using, reproducing, divulging, or selling any Confidential Information, and from using any Confidential Information for any competitive business purpose whatsoever;

3. Defendant Tang, and any entity or individual acting in concert with her, are permanently enjoined and restrained from, directly or indirectly, for themselves or through, on behalf of, or in conjunction with any other person, partnership, or corporation, soliciting, servicing, or contacting any supplier of Manncorp, as set forth in Addendum "B" attached to her Employment Agreement, including, but not limited to, LED One Distribution, Inc., or any of its affiliates or assigns, for any competitive business purpose, for a period of three (3) years, beginning on April 16, 2015;

4. Defendant Tang, and any entity or individual acting in concert with her, are permanently enjoined and restrained from, directly or indirectly, for themselves or through, on behalf of, or in conjunction with any other person, partnership, or corporation, soliciting, servicing, or contacting any customer of Manncorp, for any business purpose whatsoever, for a period of two (2) years, beginning on April 16, 2015; and

5. Defendant Tang, and any entity or individual acting in concert with her, are permanently enjoined and restrained from, directly or indirectly, for themselves or through, on behalf of, or in conjunction with any other person, partnership, or corporation, divulging or soliciting any known prospective customer contacts of Manncorp for a period of two (2) years, beginning on April 16, 2015.

**JUDGMENT** is hereby entered against Tang in the amount of $31,202.75 ; and

It is further **ORDERED** that defendant Tang shall reimburse Manncorp for the attorneys' fees and costs it incurred in connection with bringing this action. Within five (5) days of the date of this Order, Manncorp shall submit to the Court an itemization of all attorneys' fees and costs incurred in bringing this action. Following the submission of a detailed itemization of attorneys' fees and costs, the Court shall issue an appropriate Order.

BY THE COURT:

/s/ _____
J.