UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANNCORP, INC., ET AL., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 2:15-CV-02486-GAM |
| v. | : | |
| LED ONE DISTRIBUTION, INC., ET AL., | : | |
| Defendants. | : | |

## CERTIFICATION OF GREGORY L. KALLET, ESQUIRE, REGARDING ATTORNEYS' FEES

I, Gregory L. Kallet, Esquire, declare as follows:

1.     I am an attorney for plaintiffs Manncorp, Inc., Mann Manufacturing Services, Inc. and SMT International, Inc. (collectively "Manncorp") in this action.

2.     On December 7, 2015, Judge McHugh entered an Order granting a default judgment in favor of Manncorp and against defendant Jinlei "Penny" Tang (docket no. 40).

3.     Pursuant to the Order, defendant Tang is required reimburse Manncorp for the attorneys' fees and costs incurred by Manncorp in bringing this action.

4.     As required by the Order, a detailed itemization of the attorneys' fees and costs incurred by Manncorp in bringing this action, including all applicable credits, totaling **$32,120.99**, is attached as Exhibit "A".

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2015

Gregory L. Kallet

# EXHIBIT "A"

Page: 1
06/18/2015

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

| | |
|---|---|
| Invoice No: | 53933 |

Attn: Mr. Henry Mann

LED ONE

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 05/01/2015 | GK | Meet with Lane to discuss case background; Review correspondence, employment agreements, company and website info; Prepare facts section for complaint. | 350.00 | 3.70 | 1,295.00 |
| 05/03/2015 | GK | Continue preparing fact section for complaint. | 350.00 | 2.80 | 980.00 |
| 05/04/2015 | PV | Telephone call and emails with It's Done courier re: service in CA; Draft CIS, designation form, case management form and summons. | 350.00 | 1.00 | 350.00 |
| | GK | Continue drafting complaint and associated filings; Telephone with Henry Mann, Tom Beck and Ivan Levensen re: same. | 350.00 | 10.30 | 3,605.00 |
| | JD | Attention to complaint. | 405.00 | 1.80 | 729.00 |
| 05/05/2015 | GK | Prepare complaint and exhibits for filing and service; Telephone and correspondence with process server re: same; Prepare facts section and affidavit for preliminary injunction motion; Correspondence and telephone with Henry Mann; Legal research for preliminary injunction motion; Draft motion. | 350.00 | 7.40 | 2,590.00 |
| | JD | Attention to complaint. | 405.00 | 1.40 | 567.00 |
| 05/06/2015 | JZ | Revise injunction brief. | 425.00 | 0.50 | 212.50 |
| | GK | Telephone calls with Henry Mann and Ivan Levensen; Revise Mann affidavit; Legal research for purposes of preliminary injunction motion; Draft memo of law in support of preliminary injunction motion. | 350.00 | 10.50 | 3,675.00 |
| 05/07/2015 | JZ | Revise TRO and preliminary injunction motion and brief. | 425.00 | 2.00 | 850.00 |
| | GK | Continue preparing motion for TRO and preliminary injunction, memo; Telephone calls and emails with Henry Mann; Filed and served motion and related filings. | 350.00 | 8.10 | 2,835.00 |
| 05/08/2015 | GK | Telephone with Penny Tang; Telephone calls with Court; Prepare for TRO conference with Judge McHugh; Telephone conference with Judge McHugh and all parties; Research procedure for posting bond. | 350.00 | 2.70 | 945.00 |
| 05/11/2015 | GK | Telephone calls with Henry Mann; Review and serve Temporary Restraining Order; Conference with Lane re: questions for penny and affidavit; Telephone conference with Penny and Trevor; Prepare memorandum re: same. | 350.00 | 1.80 | 630.00 |
| 05/12/2015 | GK | Email to Jeff Mann; Legal research re: duty of loyalty in employment context and damage; Telephone call with Trevor McCoy. | 350.00 | 0.60 | 210.00 |

Manncorp, Inc.

LED ONE

Page: 2
06/18/2015

Invoice No:      53933



| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| ██ | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | ██ | | ██ | ██ | ██ |
| | | | | ██ | ██ | ██ |
| 05/22/2015 | GK | ████ Review order from Judge McHugh re: extension and TRO; Telephone call with Henry Mann; Legal research re: default judgment against Penny and Trevor. | | 350.00 | 1.0 ██ | 350.00 ██ |
| 05/26/2015 | GK | ████ Telephone with Henry Mann re: case status, settlement, default against Penny and Trevor; Legal research re: procedure for default judgment. | | 350.00 | 0.5 ██ | 175.00 ██ |
| ██ | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | ██ | | ██ | ██ | ██ |

For Current Services Rendered                                          56.10   19,998.50

### Expenses

| 05/04/2015 | Filing Fee: Clerk, US District Court | 400.00 |
|---|---|---|
| 05/11/2015 | Search Fees: Corsearch  - Invoice # 13742797-CI | 743.00 |
| 05/11/2015 | Overnight Delivery/Messenger Services: It's DONE! Courier  - Invoice # 3543 | 292.50 |
| ██ | ██ | ██ |
| 05/13/2015 | Overnight Delivery/Messenger Services: Worldwide Express  - Invoice # 1505034978 | 150.43 |
| ██ | | |
| 05/20/2015 | Overnight Delivery/Messenger Services: Worldwide Express - Invoice #1505068740 | 34.26 |
| | Total Expenses | 1,620.19 |
| | Total Current Work | |
| | | $21,618.69 |
| ██ | | ██ |

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

Attn: Mr. Henry Mann

Page: 1
07/16/2015

Invoice No:      54445

LED ONE

*Fees*

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 06/01/2015 | GK | ██████████████████ Research re: local rules for obtaining default; Prepare, file and served requests for default for Penny and Trevor; ████████████ | 350.00 | 1.0 | 350.00 |

Manncorp, Inc.

LED ONE



| | | | Rate | Hours | |
|---|---|---|---|---|---|
| ███ | ██ | ██████ | ███ | ██ | ███ |
| 06/17/2015 | GK | ████ Telephone calls with Henry Mann; Prepared motion for permanent injuction and default judgment as to Penny. | 350.00 | 2.0 | 700.00 |
| 06/18/2015 | ██ | ██████ | ███ | ██ | ███ |
| | GK | Legal research for purposes of preparing motion for default judgment. | 350.00 | 1.80 | 630.00 |
| ████ | ██ | ██████ | ███ | ██ | ███ |
| ████ | ██ | ██████ | ███ | ██ | ███ |
| ████ | ██ | ████ | ███ | ██ | ██ |
| ████ | ██ | ████ | ███ | ██ | ██ |

For Current Services Rendered

Total Current Work

4.80   1,680.00

$1,680.00

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Page: 1
08/18/2015

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

Attn: Mr. Henry Mann

Invoice No:        54951

LED ONE

██████████████████████████                                            ████████

07/21/2015        Courtesy Credit per LF                    -9,408.00    ████████

██████████                                                             ████████

Fees

Rate       Hours

Manncorp, Inc.

Page: 2
08/18/2015

LED ONE

| | Invoice No: | 54951 |

| | Rate | Hours | |
|---|---|---|---|

████████  ██  ████████████████████
           ██  ████████████

████████  ██  ████████████████
           ████████

████████  ██  ████████████
           ██

████████  ██  ████████████████
           ███████████

████████  ██  ████████████████
           ████████████

*Minus Courtesy Credit per JZ*                                  -2,811.19

████████████

### Expenses

| 06/30/2015 | Search Fees: Thomson Reuters - West - Invoice # 832074983 | 2,285.90 |
| | Total Expenses | 2,285.90 |

Total Current Work                                              

$2,285.90

Page: 1
09/29/2015

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

Attn: Mr. Henry Mann

Invoice No:          55375

LED ONE



█████████ charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

Attn: Mr. Henry Mann

Page: 1
10/29/2015



Invoice No:        55908

LED ONE

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|

### Expenses

| | | |
|---|---|---|
| 07/07/2015 | Online Legal Research: Pacer Service Center – Invoice #2586723-Q22015 | 13.80 |
| | Total Expenses | 13.80 |
| | Total Current Work | |
| | | $13.80 |

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Page: 1
11/12/2015

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

██████████        Invoice No:        56532

Attn: Mr. Henry Mann

LED ONE

████████                                                    ██████

<u>Fees</u>

                                                                    Rate        Hours

████  █     ████████████████████████             ████      ██           ████
             ████████████                                           ██

<u>Expenses</u>

10/01/2015        Online Legal Research: Thomson Reuters - West  - Invoice # 832628317        <u>2,004.46</u>
                  Total Expenses                                                                2,004.46

                  Total Current Work                                                           ██████

                                                                                               $2,004.46

        ████████                                                                   ██████
        ██████                                                                     ████████

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

Attn: Mr. Henry Mann

Page: 1
12/10/2015

Invoice No:      56845

LED ONE



**Total Amount of Fees, Including Credits: $15,383.66**

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Page: 1
07/16/2015

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

████████
Invoice No:        54444

Attn: Mr. Henry Mann

Tang

<u>Fees</u>

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| ████ | ██ | ████████████████████ | ███ | ██ | ████ |
| 06/25/2015 | GK | Telephone with Henry re: case status and settlement; Legal research re: motion for default judgment; Prepare motion for default judgment, permanent injunction and attorney fees; Attention to memorandum of law. | 350.00 | 6.50 | 2,275.00 |
| 06/26/2015 | GK | Legal research re: standard for entry of default judgment; Legal research re: method of proving damages without assessment of damages hearing; Prepared facts section of memo. | 350.00 | 5.90 | 2,065.00 |
|  |  | For Current Services Rendered | | ██ | ████ |
|  |  | | | 12.40 | 4,340.00 |

<u>Expenses</u>

| 06/01/2015 | Online Legal Research: Thomson Reuters - West  - Invoice # 831899091 | 2,835.16 |
|---|---|---|
|  | Total Expenses | 2,835.16 |
|  | Total Current Work | ████ |
|  |  | $7,175.16 |

████████                                                                            ██████

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

Attn: Mr. Henry Mann

Page: 1
08/18/2015

Invoice No:     54950

Tang

### Fees

| Date | | Description | Rate | Hours | |
|------|--|-------------|------|-------|--|
| 07/01/2015 | GK | Conference; Continue legal research re: permanent injunction motion. | 350.00 | 0.50 | 175.00 |
| ▮▮▮ | ▮ | ▮▮▮▮▮▮ | ▮▮ | ▮ | ▮▮ |
| 07/08/2015 | GK | Prepare permanent injunction motion; Finalize draft of default judgment and permanent injunction motion; Legal research re: recovery of attorney fees under the PA Uniform Trade Secret Act. | 350.00 | 5.20 | 1,820.00 |
| 07/09/2015 | GK | Emails to Ivan Levenson re: damages information in support of default judgment motion. | 350.00 | 0.20 | 70.00 |
| 07/13/2015 | GK | Prepare default judgment memo section re: damages. | 350.00 | 1.60 | 560.00 |
| 07/15/2015 | GK | Finalized default motion; Prepared Henry Mann certification and exhibits; Telephone calls with Henry and Loren McDonald re: same; Legal research re: extending TRO. | 350.00 | 5.90 | 2,065.00 |
| 07/16/2015 | GK | Finalize and file Penny default motion and supporting documentation; Telephone calls with Henry Mann re: same; PRepare letter motion to Judge McHugh re: extension of TRO; Telephone calls with Court and LED One counsel. | 350.00 | 3.90 | 1,365.00 |
| 07/17/2015 | GK | Review order extending TRO. | 350.00 | 0.10 | 35.00 |
| 07/30/2015 | GK | Letter to Judge McHugh re: default judgment motion and extension of TRO. | 350.00 | 0.80 | 280.00 |
| 07/31/2015 | GK | Review order extending TRO; Serve on Tang. | 350.00 | 0.10 | 35.00 |

For Current Services Rendered                    18.30    6,405.00

***Minus Courtesy Credit per JZ***               -1,153.27

Total Current Work                               $5,251.73

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Page: 1
09/29/2015

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

Invoice No:        55373

Attn: Mr. Henry Mann

Tang



09/23/2015        Courtesy Credit per Joe Dunn                                      -1,975.00

**Expenses**

08/01/2015        Online Legal Research: Thomson Reuters - West  - Invoice # 832259825        626.75
                  Total Expenses                                                                626.75

                  Total Current Work                                                          $626.75

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Page: 1
10/29/2015

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

Invoice No:      55906

Attn: Mr. Henry Mann

Tang

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 09/08/2015 | GK | Telephone calls with Judge McHugh's law clerk re: service of default motion on Tang; Telephone calls and emails with Loren McDonald re: Tang's whereabouts and contact information; Telephone calls and emails with Trevor McCoy re: same; Legal research re: service of motion in foreign countries. | 350.00 | 1.10 | 385.00 |
| 09/09/2015 | GK | Telephone with Judge McHugh's law clerk re: service and notice to Tang. | 350.00 | 0.20 | 70.00 |
| 09/10/2015 | GK | Research re: Tang address in China and other contact information. | 350.00 | 0.20 | 70.00 |
| 09/11/2015 | GK | Served default judgment notice on Penny in China; Served via email using tracking program; Legal research re: adequate notice of default motion on defendant. | 350.00 | 1.50 | 525.00 |
| 09/14/2015 | GK | Analysis re: Penny's receipt of default package in China for purposes of preparing supplemental brief and affidavit in support of default motion. | 350.00 | 0.40 | 140.00 |
| 09/17/2015 | GK | Legal research for purposes of preparing supplemental brief in support of default motion; Drafted supplemental brief in support of default motion against Tang. | 350.00 | 3.80 | 1,330.00 |
| 09/18/2015 | GK | Finished draft of supplemental brief in support of default motion and GLK certification; Prepare exhibits; Legal research re: service by email. | 350.00 | 6.10 | 2,135.00 |
| 09/22/2015 | GK | Review rule to show cause re: default motion; Serve on Tang; | 350.00 | 0.20 | 70.00 |

For Current Services Rendered

13.50    4,725.00

### Expenses

| | | |
|---|---|---|
| 09/01/2015 | Online Legal Research: Thomson Reuters - West  - Invoice # 832449776 | 219.78 |
| 09/23/2015 | Overnight Delivery/Messenger Services: Worldwide Express  - Invoice # 1509102722 | 60.13 |
| 09/30/2015 | Overnight Delivery/Messenger Services: Worldwide Express  - Invoice # 1509137086 | 128.78 |
| | Total Expenses | 408.69 |

Manncorp, Inc.

████████  ████████

Tang

Invoice No:      55906

Total Current Work                                              ████████

████████                                                       $5,133.69

████████████                                                   ████████

████████                                                       ████

████████                                                       ████████

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Page: 1
11/12/2015

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

Invoice No:        56530

Attn: Mr. Henry Mann


Tang


### Fees

| Date | | | Rate | Hours | |
|------|--|--|------|-------|--|
| 10/14/2015 | GK | Review court notification re: service of rule to show cause; Communications with Judge McHugh's law clerk re: same. | 350.00 | 0.30 | 105.00 |
| 10/19/2015 | GK | Prepare and file supplemental certification of GLK regarding service of rule to show cause on Tang, at court's discretion. | 350.00 | 1.20 | 420.00 |
| | | For Current Services Rendered | | 1.20 | 525.00 |
| | | Total Current Work | | | $525.00 |

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Manncorp, Inc.
1610 Republic Road
Huntingdon Valley  PA  19006

Attn: Mr. Henry Mann

Tang



Page: 1
12/10/2015

Invoice No:    56843

**Total Amount of Fees, Including Credits: $16,737.33**

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.